UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

          v.                                          ORDER
                                                      07-CR-142A

BETZAIDA ROSA,
ZELMALY TORRES,
ROBERTO E. NAVARRO,

                              Defendants.

---

     This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(A).  Pretrial omnibus motions were filed by defendants.  On April 4, 2008, Magistrate Judge Scott filed a Report and Recommendation, recommending that he conduct an evidentiary hearing on Wednesday, April 30, 2008 at 2:00 p.m.

     The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

     ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge  Scott's Report and Recommendation, Magistrate Judge Scott will conduct an evidentiary hearing on Wednesday, April 30, 2008 at 2:00 p.m.

SO ORDERED.

                                        s/ *Richard J. Arcara*
                                        HONORABLE RICHARD J. ARCARA
                                        CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT

DATED:  April 25      , 2008