UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

          v.                    ORDER
                                    07-CR-142A

ROBERT E. NAVARRO,
EDWIN VELEZ,
MILDRED RIVERA,
ZELMALY TORRES,

                Defendants.

This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(A). Pretrial omnibus motions were filed by DEFENDANT Edwin Velez. On September 14, 2009, Magistrate Judge Scott filed a Report and Recommendation, recommending that defendant Velez' motion to suppress his statements should be granted, and the motion to suppress physical evidence be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby ordered that defendant Velez' motion to suppress his statements is granted and the motion to suppress physical evidence is denied.

As noted on the docket, the parties will appear before the Court on October 7, 2009 at 12:30 p.m. for a meeting to set a trial date.

SO ORDERED.

*s/ Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED: October 7, 2009